473 A.2d 693

Commonwealth v. Maguire, Appellant.

Sub-mitted October 14, 1983.   Alphonse P. Lepore, Jr., Assistant Public Defender, for appellant;  Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

473 A.2d 694

Commonwealth v. Mancini, Appellant.

Petition for Allowance of Appeal
Denied July 10, 1984.

Submitted June 23, 1983.   Douglas M. Johnson, Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.